**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| GeorgiaCarry.Org,Inc., David James,<br>     Plaintiffs | CIVIL ACTION FILE<br>NO. 4:14-cv-139-HLM |
| Vs | |
| The U.S. Army Corps of Engineers, Jon J. Chytka, in his official Capacity as Commander, Mobile District of the US Army Corps of Engineers<br>     Defendants | |
| GeorgiaCarry.Org,Inc., Brian Barrs,<br>     Plaintiffs | CIVIL ACTION FILE<br>NO. 4:15-cv-9-HLM |
| Vs | |
| The U.S. Army Corps of Engineers, Thomas J. Tickner, in his Official Capacity as Commander, Savannah District of the US Army Corps of Engineers<br>     Defendants | |

**J U D G M E N T**

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of Defendants' motion for summary judgment and Plaintiffs' motion to strike, and the Court having granted Defendants' motion and denied Plaintiffs' motion, it is

**Ordered and Adjudged** that judgment is entered for Defendants against Plaintiffs for costs of this action.

Dated at Rome, Georgia this 25th day of April, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: s/Brenda Hambert
       Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   April 25, 2016
James N. Hatten
Clerk of Court

By:     s/Brenda Hambert
            Deputy Clerk