# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

GEORGIACARRY.ORG, INC., *et. al.*
        Appellants

v.                                            Appeal No. 16-13486-AA

U.S. ARMY CORPS OF ENGINEERS, *et.al.*,

        Appellees

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.A.P. 26-1 and 11th Cir. R. 26, Appellants certify that the following is a list of trial judges, attorneys, corporations, and other persons or entities having an interest in this case:

Beranek, Lori, Esq.

Barrs, Brian

Chytka, Col. Jon J.

Delery, Stuart F., Esq.

GeorgiaCarry.Org, Inc. [no stock issued and not publicly traded]

Horn, John A., Esq.

James, David

Kelleher, Diane, Esq.

Monroe, John R., Esq.

Murphy, the Hon. Harold L.

Riess, Daniel, Esq.

Tickner, Col. Thomas J.

GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Engineers
16-13486-AA

United States of America

Wright, Abby C., Esq.

                                                    /s/ John R. Monroe

                                                 John R. Monroe
                                                 John Monroe Law, P.C.
                                                 Attorney for Appellants
                                                 9640 Coleman Road
                                                 Roswell, GA  30075
                                                 678-362-7650

GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Engineers
16-13486-AA

CERTIFICATE OF SERVICE

      I certify that I served a copy of the Certificate of Interested Persons, Appearance of Counsel Form and Civil Appeal Statement via U.S. Mail on June 21, 2016 upon:

Abby C. Wright
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

      I further certify that I paid the $500 docket fee and $5 filing fee to the Clerk of the District Court on May 23, 2016.

                                    /s/ John R. Monroe
                                    John R. Monroe
                                    Attorney for Appellants
                                    9640 Coleman Road
                                    Roswell, GA  30075
                                    State Bar No. 516193
                                    678-362-7650