Rev. 2/11                            UNITED STATES COURT OF APPEALS
                                        FOR THE ELEVENTH CIRCUIT
                                          **CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*    11th Circuit Docket Number: **16-13486**

| Caption: | |
|---|---|
| GeorgiaCarry.Org, Inc., et.al. | District and Division: Northern District of GA, Atlanta Div. |
| | Name of Judge: Harold Murphy |
| | Nature of Suit: Civil Rights |
| v. | Date Complaint Filed: June 12, 2014 |
| | District Court Docket Number: 4:14-CV-139-HLM |
| | Date Notice of Appeal Filed: May 23, 2016 |
| U.S. Army Corps of Engineers, et.al. | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☒ Yes  ☐ No |
| | If Yes, provide |
| | (a) Caption: GeorgiaCarry.Org, Inc. v. U.S.A.C.E |
| | (b) Citation: 788 F.3d 1318 (11th Cir 2015) |
| | (c) Docket Number: 14-13739 |

|   | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | John R. Monroe | 9640 Coleman Road<br>Roswell, GA 30075 | 678-362-7650<br>770-552-9318 (fax)<br>jrm@johnmonroelaw.com |
| For Appellee:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Abby C. Wright | U.S. DOJ<br>950 Pennsylvania Ave NW<br>Washington DC 20530 | 202-514-0664<br>202-514-8151 (fax)<br>abby.wright@usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____no damages_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | | ☒ Summary Judgment | |
| ☒ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$_____<br>to _____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☒ Preliminary  ☐ Granted<br>☒ Permanent  ☒ Denied |
| | ☐ 54(b) | ☐ Other _____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☒ Yes   ☐ No
What is the issue you claim is one of First Impression?   Whether there is a right to carry a firearm outside the home.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☒ No

   If Yes, provide
   (a) Case Name/Statute
   (b) Citation
   (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☒ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☒ Yes   ☐ No

   If Yes, provide
   (a) Case Name         Nesbitt v. U.S. Army Corps of Engineers
   (b) Citation
   (c) Docket Number if unreported   14-36049
   (d) Court or Agency   U.S. Court of Appeals for the 9th Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?   ☐ Yes   ☒ No
   (b) Among circuits?   ☒ Yes   ☐ No

   If Yes, explain briefly:
   The district court in Nesbitt (see question 3 above) ruled opposite to the ruling of the district court in the present appeal.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   Whether there is a Second Amendment right to carry a firearm outside the home, and whether that right extends to public property under the control of the U.S. Army Corps of Engineers.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __21__ DAY OF __June__, _____.

_____John R. Monroe_____         _____/s/ John R. Monroe_____
NAME OF COUNSEL (Print)                      SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*