*GeorgiaCarry, Org. v. U.S. Army Corps of Engineers*, No. 16-13486

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, Appellees certify that the following individuals and entities, in addition to those listed in Appellants' certificate, have an interest in this case:

Anderson, Melissa, Bureau of Alcohol, Tobacco, Firearms & Explosives

Brinkmann, Beth S., United States Department of Justice

Everytown for Gun Safety [no stock issued and not publicly traded]

Mizer, Benjamin C., United States Department of Justice

Raab, Michael S., United States Department of Justice

Tickner, Thomas J., U.S. Army Corps of Engineers

U.S. Army Corps of Engineers

Wimberly, Mary Helen

Yates, Sally Quillian, United States Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

       s/ Abby C. Wright
Abby C. Wright
Counsel for Appellees